IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAROSLAVA SHAHIN,                                    CASE NO.: 8:17-cv-01808-CEH-AEP

    Plaintiff,

vs.

COMENITY BANK,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Christopher W. Boss* | */s/ Charles J. McHale* |
| Christopher W. Boss, Esq. | Charles J. Mchale, Esq. |
| Florida Bar No.: 13183 | Florida Bar No. 26555 |
| BOSS LAW | Golden Scaz Gagain, PLLC |
| 9887 Fourth Street North, Suite 202 | 201 North Armenia Ave. |
| St. Petersburg, Florida 33702 | Tampa, FL 33609 |
| Telephone: (727) 471-0039 | Phone: (813) 251-5500 |
| Facsimile: (727) 471-1206 | Facsimile: (813) 251-3675 |
| Email: cpservice@bosslegal.com | Email: cmchale@gsgfirm.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

[CERTIFICATE OF SERVICE TO FOLLOW]

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 14th day of December 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        /s/ Christopher W. Boss
                                        Christopher W. Boss, Esq.